1  GEORGE S. CARDONA
   Acting United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6         Social Security Administration
           333 Market Street, Suite 1500
7          San Francisco, California 94105-2102
8          Telephone: (415) 977-8962
           Facsimile: (415) 744-0134
9          Email: dennis.hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANTONIO SOTO, | ) No. CV 09-4896 AGR |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
//

-1-

1 **DECREED** that the above-captioned action is remanded to the Commissioner of
2 Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 28, 2010

/s/ Alicia G. Rosenberg
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE